# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                         )
                               )
Constance Hughes,              )   Bankruptcy No.   11 B 32614
                               )
            Debtor(s)          )
                               )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   July 25, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D Levey, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   JUN 0 4 2013

In re: Constance M Hughes
Bankruptcy No. 11 B 32614

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013 , I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
Phillip D Levey
levey47@hotmail.com

*Debtor's Attorney*
Marina Ricci
mricci@changandcarlin.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
Constance M Hughes
517 Edgewood Lane
Elk Grove Village, IL 60007