# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: Constance M. Hughes )<br>)<br>)<br>)<br>)<br>Debtor(s)    )<br>) | Bankruptcy No. 11 B 32614 |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  April 24, 2014 at 10:30 a.m.    in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D. Levey, ESQ is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: February 20, 2014

**In re: Contance Hughes**
**Bankruptcy No.** 11 B 32614

## CERTIFICATE OF SERVICE

I, Freddie Nelson, certify that on February 21, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*[signature]*
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Marina Ricci
Chang & Carlin, LLP
1305 Remington Rd.
Suite C
Schaumburg, IL 60173
Email: notice@ledfordwu.com

Trustee
Phillip D. Levey, Esq.
2722 North Racine Avenue
Chicago, IL 60614

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Constance M. Hughes
517 Edgewood Lane
Elk Grove Village, IL 60007