# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
HUGHES, CONSTANCE M § Case No. 11-32614
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/26/2014 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                             Clerk of The United States Bankruptcy
                                                                Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HUGHES, CONSTANCE M  §   Case No. 11-32614
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 356.14 |
| leaving a balance on hand of[1] | $ | 9,643.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Phillip D. Levey | $ 34.37 | $ 0.00 | $ 34.37 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,070.00 | $ 0.00 | $ 2,070.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,854.37 |
| Remaining Balance | | | $ 5,789.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 35,820.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Illinois Orthopaedic & Hand Center | $ 35,820.50 | $ 0.00 | $ 5,789.49 |
|  | Total to be paid to tardy general unsecured creditors |  |  | $ 5,789.49 |
|  | Remaining Balance |  |  | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-32614-JBS
Constance M Hughes                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun           Page 1 of 1            Date Rcvd: May 22, 2014
                              Form ID: pdf006          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2014.
```
db         #+Constance M Hughes,    517 Edgewood Lane,    Elk Grove Village, IL 60007-1701
17650722    Alexian Brothers,    800 Biesterfield Rd,    Elk Grove Village, IL 60007-3397
17650723   +Chase Manhattan Mortgage,    Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
17650724   +Codilis and Associates,    15W030 N. Frontage,    #100,    Burr Ridge, IL 60527-6921
17650725   +Elk Grove Radiology S.C.,    75 Remittance Dr.,    Suite 6500,    Chicago, IL 60675-6500
17650729   +Jasdip S. Brar MD,    701 Winthrop Ave.,    Glendale Heights, IL 60139-1405
17650730   +MEA Elk Grove LLC,    PO Box 366,    Hinsdale, IL 60522-0366
17650731   +Northwestern Medical Faculty Founda,    38693 Eagle Way,    Chicago, IL 60678-1386
17650732   +Physician Anasthesia Associates,    Department 4330,    Carol Stream, IL 60122-0001
17650733   +Svcd By Clfs,    Po Box 91614,    Mobile, AL 36691-1614
17650728   +The Illinois Orthopaedic and Hand Center S.C.,    800 Biesterfield Rd.,
             Elk Grove Village, IL 60007-3361
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17650726   ##+Gajda Health Plus Network,    800 E. Northwest Hwy,    Suite 620,    Palatine, IL 60074-6512
17650727   ##Illinois Collection Service,    P.O. box 646,    Oak Lawn, IL 60454-0646
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2014 at the address(es) listed below:
```
          Jose G Moreno    on behalf of Creditor   JPMorgan Chase Bank, National Association
           nd-one@il.cslegal.com
          Marina Ricci    on behalf of Debtor Constance M Hughes mricci@changandcarlin.com,
           changcarlin@iamthewolf.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```