# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUGHES, CONSTANCE M | § | Case No. 11-32614 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage Chase Card Services Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Codilis and Associates 15W030 N. Frontage #100 Burr Ridge, IL 60527 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Svcd By C1fs Po Box 91614 Mobile, AL 36691 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers 800 Biesterfield Rd Elk Grove Village, IL 60007-3397 | | | | | |
| | Alexian Brothers 800 Biesterfield Rd Elk Grove Village, IL 60007-3397 | | | | | |
| | Alexian Brothers 800 Biesterfield Rd Elk Grove Village, IL 60007-3397 | | | | | |
| | Elk Grove Radiology S.C. 75 Remittance Dr. Suite 6500 Chicago, IL 60675 | | | | | |
| | Gajda Health Plus Network 800 E. Northwest Hwy Suite 620 Palatine, IL 60074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Orthopaedic and Hand Cente 800 Biesterfield Rd. Elk Grove Village, IL 60007 | | | | | |
| | Jasdip S. Brar MD 701 Winthrop Ave. Glendale Heights, IL 60139 | | | | | |
| | MEA Elk Grove LLC PO Box 366 Hinsdale, IL 60522 | | | | | |
| | Northwestern Medical Faculty Founda 38693 Eagle Way Chicago, IL 60678 | | | | | |
| | Physician Anasthesia Associates Department 4330 Carol Stream, IL 60122 | | | | | |
| | ILLINOIS ORTHOPAEDIC & HAND CENTER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-32614 | JBS | Judge: JACK B. SCHMETTERER |
| --- | --- | --- | --- |
| Case Name: | HUGHES, CONSTANCE M | | |

For Period Ending: 05/06/14

| Trustee Name: | Phillip D. Levey |
| --- | --- |
| Date Filed (f) or Converted (c): | 08/09/11 (f) |
| 341(a) Meeting Date: | 09/09/11 |
| Claims Bar Date: | 02/14/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 517 Edgewood Lane Elk Grove Village, IL 60007 | 200,600.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 2. | Savings account with Harris Bank | 469.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 3. | Checking account with Harris Bank | 765.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 4. | Misc used household goods | 900.00 | 850.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 5. | Piano | 1,500.00 | 0.00 | | 10,000.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 6. | used clothing | 300.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 7. | SURS | 2,447.04 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 8. | IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 9. | Stock in Lucent Technologies | 900.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 10. | 2008 Mitsubishi Lancer - 40K miles | 8,275.00 | 5,875.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $221,156.04 | $6,725.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No:        11-32614     JBS    Judge: JACK B. SCHMETTERER
Case Name:      HUGHES, CONSTANCE M

Trustee Name:                        Phillip D. Levey
Date Filed (f) or Converted (c):     08/09/11 (f)
341(a) Meeting Date:                 09/09/11
Claims Bar Date:                     02/14/12

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-32614 -JBS |
| Case Name: | HUGHES, CONSTANCE M |
| | |
| Taxpayer ID No: | *******7819 |
| For Period Ending: | 08/25/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2960  Checking |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 9,892.24 | | 9,892.24 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.10 | 9,886.14 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.30 | 9,879.84 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.09 | 9,873.75 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.29 | 9,867.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.67 | 9,852.79 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 8.30 | 9,844.49 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 9,831.26 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.62 | 9,816.64 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,802.52 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.57 | 9,787.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.08 | 9,773.87 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.53 | 9,759.34 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,744.83 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,730.81 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 9,716.34 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,702.36 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.42 | 9,687.94 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.40 | 9,673.54 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.99 | 9,660.55 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA  70139 | TRUSTEE'S BOND | 2300-000 | | 2.33 | 9,658.22 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 9,643.86 |
| 06/30/14 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 7,893.86 |

Page Subtotals                    9,892.24          1,998.38

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.00b

FORM 2                                                                                                      Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| Case No: | 11-32614  -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | HUGHES, CONSTANCE M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2960  Checking |
| Taxpayer ID No: | *******7819 | | |
| For Period Ending: | 08/25/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/14 | 010004 | CHICAGO, IL  60614<br>PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 34.37 | 7,859.49 |
| 06/30/14 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,070.00 | 5,789.49 |
| 06/30/14 | 010006 | Illinois Orthopaedic & Hand Center<br>800 Biesterfield Rd.<br>Elk Grove Village, IL  60007 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 5,789.49 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,892.24 | 9,892.24 | 0.00 |
| Less:  Bank Transfers/CD's | 9,892.24 | 0.00 | |
| Subtotal | 0.00 | 9,892.24 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,892.24 | |

Page Subtotals                    0.00                7,893.86

Ver: 18.00b

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-32614 -JBS | |
| Case Name: | HUGHES, CONSTANCE M | |
| Taxpayer ID No: | *******7819 | |
| For Period Ending: | 08/25/14 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6118  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | 5 | Constance M. Hughes | Sale of Piano | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.11 | 9,986.89 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.87 | 9,975.02 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.26 | 9,962.76 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 8.66 | 9,954.10 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.65 | 9,941.45 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.63 | 9,928.82 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.80 | 9,917.02 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.01 | 9,904.01 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 11.77 | 9,892.24 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,892.24 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,892.24 | |
| Subtotal | 10,000.00 | 107.76 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 107.76 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********2960 | 0.00 | 9,892.24 | 0.00 |
| Checking Account (Non-Interest Earn - ********6118 | 10,000.00 | 107.76 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============ | ============ | ============ |

| | | |
|---|---|---|
| Page Subtotals | 10,000.00 | 10,000.00 |

Ver: 18.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| | |
|---|---|
| Case No: | 11-32614  -JBS |
| Case Name: | HUGHES, CONSTANCE M |
| Taxpayer ID No: | *******7819 |
| For Period Ending: | 08/25/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6118  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals | | | 0.00 | 0.00 |

Ver: 18.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*